## STATE OF OREGON,
*Respondent,*

*v.*

## GARY GENE SULLIVAN,
*Appellant.*

(No. 55519, CA 16831)

620 P2d 966

Douglas K. Fermoile, Salem, argued the cause for appellant. On the brief were James J. Susee, and Allen, Stortz, Barlow, Fox & Susee, Salem.

Patrick N. Rothwell, Certified Law Student, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Richardson, Presiding Judge, and Thornton and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant appeals his conviction after a jury verdict of possession of a controlled substance. Defendant has failed to set out his claim of error in compliance with Rule 7.19, Oregon Rules of Appellate Procedure. We decline to review the asserted error.

Affirmed.